# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 14-00430 BLF |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| MIGUEL CORNELIO-ENRIQUEZ, | ) |
| Defendant. | ) |

Leave is granted to the government to dismiss the indictment. The indictment is hereby ordered dismissed without prejudice.

Dated: June 12, 2017

_____
United States District Judge

ORDER OF DISMISSAL
CR 14-00430 BLF